# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 30, 2021

## NO. 03-20-00076-CV

**Brazos River Authority and The State of Texas, Appellants**

**v.**

**City of Houston; and Sylvester Turner, in his Official Capacity as
Mayor of The City of Houston, Appellees**

### APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
### AFFIRMED -- OPINION BY JUSTICE SMITH;
### DISSENTING OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on December 30, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.